IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN ROSS (# L1139)                                                           PETITIONER

v.                                                                                       No. 4:05CV121-P-S

L GREER, ET AL.                                                                 RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

**SO ORDERED,** this the 25th day of September, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE